IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COREY WARD                                                                                          PETITIONER

V.                                    5:10CV00057 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Respondent has filed a Motion requesting until July 8, 2010, to file a responsive pleading to the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  (Docket entry #8.) Respondent's counsel contends that due to the number of habeas corpus petitions currently pending, additional time is needed in order to assure that adequate consideration is given to Respondent's argument in this case.  For good cause shown, the Motion will be granted.

IT IS THEREFORE ORDERED THAT Respondent's Motion for Extension of Time (docket entry #8) is GRANTED.

Dated this 8th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE