IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COREY L. WARD                                                                                         PETITIONER
ADC#144019

VS.                                      5:10CV00057 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1), is DISMISSED, WITH PREJUDICE.

Dated this 28th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE