IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COREY L. WARD                                                                                    PETITIONER
ADC#144019

VS.                            5:10CV00057 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that Judgment was entered in favor of Respondent,

and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 28th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE